IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **MICHAEL C. PHILLIPS,** | : |
| Plaintiff, | : |
| v. | : CIVIL ACTION NO. 07-00894-CG-B |
| **JOHN E. POTTER,** | : |
| **POSTMASTER GENERAL,** | : |
| Defendant. | : |

## JUDGMENT

In accordance with this court's order entered on June 18, 2008 granting defendant's motion to dismiss plaintiff's claim for improper handling or processing and his claim for breach of settlement agreement, and the order adopting the Magistrate Judge's recommendation granting defendant's motion to dismiss as to the plaintiff's claim regarding collective bargaining agreement, it is **ORDERED, ADJUDGED**, and **DECREED** that Plaintiff's Complaint be and is hereby **DISMISSED** with prejudice.

**DONE** and **ORDERED** this 25th day of March, 2009.

/s/ Callie V. S. Granade
CHIEF UNITED STATES DISTRICT JUDGE